MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
IMANI DIXON, ESQ.
Nevada State Bar No. 15724
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
mingleby@bremerwhyte.com
idixon@bremerwhyte.com

Attorneys for Defendant,
JAVIER QUINTERO SANCHEZ
and YULITZA RIVAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL LAZO-ROMERO, JHOWEL VICTOR CABIAS SERRANO, and YARITZA PAOLA ULLOA ESCOBAR,

Plaintiffs,

vs.

UBER TECHNOLOGIES, INC., RAISER LLC, JAVIER QUINTERO SANCHEZ, YULITZA RIVAS, and DOES 1 TO 20, inclusive,

Defendants.

Case No. 2:26-cv-00082-JAD-MDC

**AMENDED STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINES**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED, by and between Plaintiffs DANIEL LAZO-ROMERO, JHOWEL VICTOR CABIAS SERRANO, and YARITZA PAOLA ULLOA ESCOBAR ("Plaintiffs"), by and through their counsel of record, Phoong Law Corporation, Defendants JAVIER QUINTERO SANCHEZ and YULITZA RIVAS ("Defendants"), by and through their counsel of record, Bremer Whyte Brown & O'Meara, LLP, and Defendants RASIER, LLC and UBER TECHNOLOGIES, INC. ("Raiser"), by and through their counsel of record, Hall & Evans, LLC, that the deadlines in this matter shall be extended by one hundred twenty (120 days). This is the first request for a discovery extension and is made prior to the expiration of any periods.

## I. STATEMENT OF DISCOVERY COMPLETED

The parties have completed the following discovery:

1. Plaintiffs and Defendants served their initial disclosures;
2. Defendant Javier Quintero Sanchez and Yulitza Rivas served Plaintiffs requests for Written Discovery.

## II. DESCRIPTION OF REMAINING DISCOVERY TO BE COMPLETED

1. Rasier to serve initial disclosures;
2. Plaintiffs' Responses to Written Discovery requests;
3. Authorizations for defendants to obtain plaintiffs' medical treatment records;
4. Initial Expert Disclosures and Rebuttal Expert Disclosures;
5. Depositions;
6. Disclosure of additional medical records and bills for Plaintiffs; and,
7. Additional discovery requests that may arise from the subsequent depositions.

## III. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED WITHIN PRIOR TIME LIMITS

The parties have been diligent in moving the case forward, including the partial exchange of written discovery and obtaining Plaintiffs' medical and billing records from their respective treating physicians. Additionally, the parties have been actively engaging in substantive settlement discussions to reach a reasonable resolution. The parties acknowledge that this stipulation is filed less than 21 days before the next applicable discovery deadline, however the parties have been diligently coordinating efforts to continue obtaining all remaining medical records while one counsel was simultaneously handling an unforeseen medical emergency, all of which have directly impacted the parties ability to meet current deadlines. The parties need additional time continue discovery efforts including remaining written



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

discovery, document production, to take the depositions of fact witnesses and continue settlement negotiations. Accordingly, good cause exists to continue discovery. All parties believe that the Court's granting of this Stipulation would further the interest of justice and advance the merits of the case

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties have agreed that, with the Court's approval, the remaining discovery deadlines should be extended one hundred twenty (120) days. The parties agree to extend the deadlines as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of Discovery | January 20, 2027 | **May 20, 2027** |
| Last day to Amend Pleadings/Add Parties | October 22, 2026 | **February 19, 2027** |
| Last day for Initial Expert Disclosures | November 21, 2026 | **March 23, 2027** |
| Last day for Rebuttal Expert Disclosures | December 21, 2026 | **April 20, 2027** |
| Last day to File Dispositive Motions | February 19, 2027 | **June 21, 2027** |
| Last day to File Joint Pre-Trial Order | March 22, 2027 | **July 20, 2027** |

DATED November 2, 2026

PHOONG LAW CORPORATION

*/s/ Vincent Van Ho*

Anh Phoong, Esq.
Nevada State Bar No. 16750
David S. Kahn, Esq.
Nevada State Bar No. 7038
Vincent Van Ho, Esq.
Nevada State Bar No. 11990
*Attorneys for Plaintiffs*

DATED November 2, 2026

BREMER WHYTE BROWN & O'MEARA LLP

*/s/ Imani Dixon*

Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Imani Dixon, Esq.
Nevada State Bar No. 15724
*Attorneys for Defendants JAVIER QUINTERO SANCHEZ and YULITZA RIVAS*



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

DATED November 2, 2026.

HALL & EVANS, LLC

*/s/ David M. Sexton*
Kurt R. Bonds, Esq.
Nevada State Bar No. 6228
David M. Sexton, Esq.
Nevada State Bar No. 14951
*Attorneys for Defendants*
*RASIER, LLC and UBER*
*TECHNOLOGIES, INC.*

**ORDER**

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that Discovery Deadlines have been extended as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of Discovery | January 20, 2027 | **May 20, 2027** |
| Last day to Amend Pleadings/Add Parties | October 22, 2026 | **February 19, 2027** |
| Last day for Initial Expert Disclosures | November 21, 2026 | **March 23, 2027** |
| Last day for Rebuttal Expert Disclosures | December 21, 2026 | **April 20, 2027** |
| Last day to File Dispositive Motions | February 19, 2027 | **June 21, 2027** |
| Last day to File Joint Pre-Trial Order | March 22, 2027 | **July 20, 2027** |

**IT IS SO ORDERED.**

DATED November 6, 2026.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665