MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
IMANI DIXON, ESQ.
Nevada State Bar No. 15724
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
mingleby@bremerwhyte.com
idixon@bremerwhyte.com

Attorneys for Defendants,
JAVIER QUINTERO SANCHEZ
and YULITZA RIVAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL LAZO-ROMERO, JHOWEL VICTOR CABIAS SERRANO, and YARITZA PAOLA ULLOA ESCOBAR,

Plaintiffs,

vs.

UBER TECHNOLOGIES, INC., RAISER LLC, JAVIER QUINTERO SANCHEZ, YULITZA RIVAS, and DOES 1 TO 20, inclusive,

Defendants.

Case No. 2:26-cv-00082

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND FOR DISCONTINUATION OF NOTICE**

BREMER WHYTE BROWN & O'MEARA, LLP, counsel for Defendants, JAVIER QUINTERO SANCHEZ and YULITZA RIVAS hereby requests that Kristina Miletovic, Esq. be removed as counsel for the above-referenced matter, as she is no longer associated with our firm.

///

///

///

///

Additionally, they request that the following attorney be removed from the CM/ECF service list as they are no longer associated with this firm:

Kristina Miletovic, Esq. – kmiletovic@zellaw.com

Dated: November 4, 2026

BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ Imani Dixon*
Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Imani Dixon, Esq.
Nevada State Bar No. 15724
Attorneys for Defendant
JAVIER QUINTERO SANCHEZ
and YULITZA RIVAS

IT IS SO ORDERED.

Dated: 11-12-26

U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2026, a true and correct copy of the **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND FOR DISCONTINUATION OF NOTICE** was electronically delivered to CM/ECF for filing and service upon all electronic service list recipients.

*/s/ Stephanie Hutchinson*
Stephanie Hutchinson, an employee of
BREMER WHYTE BROWN &
O'MEARA, LLP



BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665